**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 24-2267**

───────────

TAMMY GALLOP SHARP,

             Plaintiff - Appellant,

        v.

CITY OF ELIZABETH CITY, c/o Montre Freeman, City Manager,

             Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City.  Louise W. Flanagan, District Judge.  (2:23-cv-00052-FL)

───────────

Submitted:  June 20, 2025                          Decided:  July 29, 2025

───────────

Before KING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Tammy Gallop Sharp, Appellant Pro Se.  John D. Leidy, HORNTHAL, RILEY, ELLIS & MALAND, LLP, Elizabeth City, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tammy Gallop Sharp appeals the district court's order denying her Fed. R. Civ. P. 60(b) motion seeking vacatur of the court's prior order dismissing, without prejudice, Sharp's civil complaint for lack of subject matter jurisdiction.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Sharp v. City of Elizabeth City*, No. 2:23-cv-00052-FL (E.D.N.C. Dec. 11, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
